Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

MIDDLE _____ District of _Pennsylvania_

CIVIL_____ Division

Case No. _3:20-CV-399_
(to be filled in by the Clerk's Office)

_Franklin Jackson_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Mayor ~~John Doe~~ michael Helfrich, Josh Shapiro, Ransom
Alisa Litavidis, York County D.A. Office,
Honorable Richard Renn, Peter Vaughn,
William Graff, Richard Robinson,
Moore, Reiner,   Defendant(s)  Ripley, Cromer
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*
YORK County P.D., see attached
((Complaint))

FILED
SCRANTON

MAR 0 6 2020

PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Franklin Jackson

All other names by which you have been known:

ID Number — #HD-1658

Current Institution — S.C.i. Dallas

Address — 1000 Follies Road

Dallas    PA    18612

*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — ~~John Doe~~ Michael Helfrich

Job or Title *(if known)* — Mayor of York County, PA.

Shield Number

Employer

Address

*City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name — Josh Sapiro

Job or Title *(if known)* — Attorney General of PA.

Shield Number

Employer

Address

*City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 3
Name      Ransome
Job or Title *(if known)*      Superintendent S.c.i. Dallas
Shield Number
Employer      S.c.i. Dallas
Address      1000 Follies Road

| City | State | Zip Code |
|---|---|---|
| Dallas | PA | 18612 |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
Name      Alisa Litavidis Esquire
Job or Title *(if known)*      Attorney
Shield Number
Employer
Address

| City | State | Zip Code |
|---|---|---|
| | | |

☑ Individual capacity    ☑ Official capacity

**II.   Basis for Jurisdiction**     - (( See attached complaint )) - "Defendants"

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    4th Amendment U.S.C.   6th Amendment U.S.C.   8th Amendment U.S.C.
                                             14th Amendment U.S.C.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*N/A*

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants at bar violated my 6th, 8th & 14th Amendment Constitutional rights. Illegal search and seizure violation under the 4th Amendment U.S.C. See attached complaint

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____ *N/A* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Currently confined and deprived of Liberty at S.C.I. Dallas. The events given rise to this action arose by and through; counsels of record, Jurist, District Attorney's office, D.A., Police Dept. & detectives See attached complaint

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The Year 2006 to Present Year 2020

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mental Anguish, Depression, etc. Loss of Liberty
Cruel & Unusual Punishment
((Fraudulent representation of Counsel))
Prosecution/Judicial Misconduct
unlawful arrest, ((Fraud on the Court)),
Falsely charged, false imprisonment,          see attached
                                              complaint

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Anguish /Depression/ High Blood Pressure,
Loss of Liberty / PTSD

See attached complaint

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$700,000.00 per year spent incarcerated.
Since Year 2006, equivalent to $9.8 million
dollars including albeit not limited
to any addition fees associated,
or other relief so deemed appropriate
                    - See attached complaint

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*N/A*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know     *N/A*

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No        *N/A*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No        *N/A*

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____ *N/A* _____

2.   What did you claim in your grievance?

_____ *N/A* _____

3.   What was the result, if any?

_____ *N/A* _____

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____ *N/A* _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____ *N/A* _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____ *N/A* _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____ *N/A* _____

   *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ *N/A* _____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☐ Yes

     ☑ No                              N/A

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s)          _____N/A_____
          Defendant(s)          _____N/A_____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*
          _____N/A_____

     3.   Docket or index number
          _____N/A_____

     4.   Name of Judge assigned to your case
          _____N/A_____

     5.   Approximate date of filing lawsuit
          _____N/A_____

     6.   Is the case still pending?

          ☐ Yes

          ☑ No                         N/A

          If no, give the approximate date of disposition.          _____N/A_____

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
          in your favor? Was the case appealed?)*

          _____N/A_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No                              N/A

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s)  _____ N/A
        Defendant(s)  _____ N/A

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____ N/A

   3.   Docket or index number
        _____ N/A

   4.   Name of Judge assigned to your case
        _____ N/A

   5.   Approximate date of filing lawsuit
        _____ N/A

   6.   Is the case still pending?
        ☐ Yes
        ☑ No

        If no, give the approximate date of disposition  _____ N/A

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____ N/A

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2/29/20

| | |
|---|---|
| Signature of Plaintiff | Franklin Jackson |
| Printed Name of Plaintiff | Franklin Jackson |
| Prison Identification # | #HD-1658 |
| Prison Address | S.C.i. DaLLas 1000 FoLLies Road |
| | DaLLas       PA       18612 |
| | City       State       Zip Code |

### B.   For Attorneys

Date of signing:   N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Address | N/A |
| | N/A       N/A       N/A |
| | City       State       Zip Code |
| Telephone Number | N/A |
| E-mail Address | N/A |

MIDDLE DISTRICT OF PENNSYLVANIA

FRANKLIN L. JACKSON,              :   Civil Action No._____

       plaintiff,          :   Complaint

                        :   Jury Trial Demanded

V.                        :

MAYOR MICHAEL HELFRICH       :

PENNSYLVANIA et.al,         :

ATTORNEY GENERAL OF        :

PENNSYLVANIA JOSH SHAPIRO   :

SUPERINTENDENT RANSOME     :

ALISA LIVATIDIS ESQ,       :

HONORABLE RICHARD RENN,    :

WILLIAM GRAFF ESQ,DISTRICT  :

ATTORNEY'S OFFICE OF YORK   :

COUNTY PENNSYLVANIA, RICHARD :

ROBINSON ESQ. PETER VAUGHN  :

ESQ, CHRISTOPHER MOORE ESQ,  :

HEATHER REINER ESQ,        :

YORK CITY POLICE DEPARTMENT, :

DETECTIVE GEORGE RIPLEY,    :

DETECTIVE TROY CROMER,      :

    defendants,

........................................................................

## JURISDICTION AND VENUE

This Court has jurisdiction over this action under 28 U.S.C. section 1331 and 1342(3) and (4). The matters in controversy arise under 42 U.S.C. 1983. Venue properly lies in this District Court pursuant to 28 U.S.C. section 1391(b)(2), because the events giving rise to this action occured within York County Pennsylvania and the plaintiff is currently held at the State Correctional Facility of Dallas 1000 Follies Road Dallas Pennsylvania 18612.

AND NOW COMES, Franklin Jackson, pro se, and files this complaint, this ___day of February, year 2020, against the defendants, (1) Mayor John Doe/York County PA.; (2) Josh Shapiro, (3) Superintendent Ransome, (4) Alisa Livatidas esq., (5) The Honorable Richard Renn, (6) William Graff esq., (7) District Attorney's Office of York County, (8) Richard Robinson esq., (9) Peter Vaughn esq., (10) Christopher Moore esq., (11) Heather Reiner esq., (12) York County Police Dept., (13) Detective George Ripley, (14) Detective Troy Cromer, in support thereof and avers the following :

1. Plaintiff, Franklin Jackson is confined at the S.c.i. Dallas 1000 Follies Road Dallas Pennsylvania 18612.

2. Plaintiff, Franklin Jackson, is and was at all times mentioned herein said complaint, an adult citizen of the United States and a resident of Pennsylvania.

2.

3. Mayor-John Doe, is and was at all times, an adult citizen and resident of Pennsylvania, Chief executive officer of York County Pennsylvania, commander of day to day operations within York County Pennsylvania, manages operations and executes it's policy and/or enforces rules/laws and/or regulations within the jurisdiction of York County Pennsylvania and responsible for York County Pennsylvania subjects.

4. Attorney General-Josh Shapiro, is and was at all times a citizen of the United States and resident of Pennsylvania, Chief executive officer of Pennsylvania, commander of day to day operations of the State of Pennsylvania, manages operations within Pennsylvania, executes it's policy, and/or enforces rules regulations and/or Laws within Pennsylvania, and responsible for any and all entities within the scope of Pennsylvania.

5. Superintendent Ransome, is and was at all times, an adult citizen of the United States and resident of Pennsylvania, at all times was the commander of day to day operations at S.c.i. Dallas, commander in maintaining detention, penal and corrective institution, manages operations and executes it's policy, rules/laws and or regulations of the Commonwealth Department of Corrections of Pennsylvania at S.c.i. Dallas 1000 Follies Road Dallas Pennsylvania 18612, and is the primary custody holder of the plaintiff in the matter at bar.                    3.

6. Alisa Lavatidis esquire, is and was at all times, an adult
   citizen of the United States and resident of Pennsylvania,
   an Attorney, of the American British Acredited Regency-
   A.B.A.R., responsible for deficient performance in violation
   of the 6th Amendment of the United States Constitution,
   commiting fraudulent acts and/or omissions, sabotage and
   violating the Code of Ethics/Professional Conduct for Lawyers,
   Thus in violation of the 8th Amendment of the United States
   Constitution and infringing upon the 14th Amendment of the
   United States Constitution of Due Process and Equal Protection
   of the Law.

7. Honorable Richard Renn, is and was at all times, a citizen
   of the United States and resident of Pennsylvania, Judge
   within the Court of Common Pleas York County Pennsylvania,
   an Attorney/Judge, of the American British Acredited Regency-
   A.B.A.R., responsible for ((Fraud/Malicious Prosecution))),
   Sabotage, committing fraudulent acts and/or omissions
   within the performance of duty and in violation of the Cannon
   Laws, violating the Code of Ethics/Professional Conduct
   for Lawyers, Thus in violation of the 8th Amendment of the
   UNited States Constitution and infringing upon the 14th
   Amendment of the United States Constitution of Due Process
   and Equal Protection of the Law.

8. William Graff esquire/Former District Attorney for the
   Commonwealth of York County Pennsylvania, is and was at all
   times, a citizen of the United States and resident of

4.

Pennsylvania, former District Attorney within the Court of Common Pleas/Commonwealth York County Pennsylvania, Lawyer/ District Attorney of the American British Acredited Regency- A.B.A.R., responsible for ((Fraud/Malicious Prosecution procured through Fraud))), Sabotage, committing fraudulent acts and/or omissions within the performance of duty as a public servant and/or officer of the court, and in violation of the 8th Amendment of the United States Constitution and infringing upon the 14th Amendment of the United States Constitution of Due Process and Equal Protection of the Law.

9. District Attorney's office of York County Pennsylvania, is and was at all times, relevant and an entity of the Judicial System/Commonwealth of Pennsylvania, Attorney(s) for the Commonwealth of Pennsylvania and of the American British Acredited Regency-A.B.A.R., responsible for ((Fraud/Malicious Prosecution Procured through Fraud))), Sabotage, committing fraudulent acts and/or omissions within the performance of duty as a public servant and/or officer of the court, and in violation of the 8th Amendment of the United States Constitution and infringing upon the 14th Amendment of the United States Constitution of Due Process and Equal Protection of the Law.

10. Richard Robinson Esquire, is and was at all times, an adult citizen of the United States and a resident of Pennsylvania, an Attorney, of the American British Acredited Regency-A.B.A.R

5.

, responsible for deficient performance in violation of
the 6th Amendment of the United States Constitution,
committing fraudulent acts and/or omissions, sabotage and
violating the Code of Ethics/Professional Conduct of Lawyers,
Thus in violation of the 8th Amendment of the United States
Constitution and infringing upon the 14th Amendment of the
United states Constitution of Due Process and Equal Protection
of the Law.

11. Peter Vaughn Esquire, is and was at all times, an adult
citizen of the United States and a resident of Pennsylvania,
an Attorney, of the American British Acredited Regency-A.B.A.R
responsible for deficient performance in violation of the
6th Amendment of the United States Constitution, committing
fraudulent acts and/or omissions, sabotage and violating
the Code of Ethics/Professional Conduct for Lawyers, Thus
in violation of the 8th Amendment of the United States
Constitution and infringing upon the 14th Amendment of the
United States Constitution of Due Process and Equal
Protection of the Law.

12. Christopher Moore Esquire, is and was at all times an adult
citizen of the United States and a resident of Pennsylvania,
an Attorney, of the American British Acredited Regency-A.B.A.R
responsible for deficient performance in violation of the
6th Amendment of the United States Constitution, committing
fraudulent acts and/or omissions, sabotage and violating

6.

the Code of Ethics/Professional Conduct for Lawyers, Thus
in violation of the 6th Amendment of the United States
Constitution and infringing upon the 14th AMendment of the
United States Constitution of Due Process and Equal Protection
of the Law.

13. Heather Reiner Esquire, is and was at all times, an adult
citizen of the United States and a resident of Pennsylvania,
an Attorney, of the American British Acredited Regency—A.B.A.R
responsible for deficient performance in violation of the
6th Amendment of the United States Constitution, committing
fraudulent acts and/or omissions, sabotage and violating
the Code of Ethics/Professional Conduct for Lawyers, Thus
in violation of the 8th Amendment of the United States
Constitution and infringing upon the 14th Amendment of the
United States Constitution of Due Process and Equal Protection
of the Law.

14. York County Police Department, is and was at all times,
an entity of the Judicial Process/Procedure/Enforcer of
the Laws of the Commonwealth of Pennsylvania, responsible
for the malicious prosecution of the plaintiff, ((Fraud))),
fraudulent acts and/or omissions, sabotage, unlawful arrest,
unlawful imprisonment, unlawful detention procured through
responsible for tactical and chorogragphed responses within
York county Pennsylvania, overseer of it's officers/employees
as public servants, responsible for it's policy/procedured/
protocol and/or Laws of the Commonwealth.

7.

15. Officer-Detective George Ripley, is and was at all times
    an adult citizen of the United States and resident of
    Pennsylvania, an Officer of the York County Police Department,
    responsible for the malicious prosecution of the plaintiff,
    ((Fraud))), fraudulent acts and/or omissions, sabotage,
    unlawful arrest, unlawful imprisonment, unlawful detention
    procured through fraud, responsible for investigations,
    chorographed responses within York County Pennsylvania,
    overseer and director as a public servant/Homicide detective,
    responsible for enforcing it's policy/protocol/procedure
    and/or Laws of the Commonwealth.

16. Officer-Detective Troy Cromer, is and was at all times a
    citizen of the United States and resident of Pennsylvania,
    an Officer of the York County Police Department, responsible
    for the malicious prosecution of the plaintiff, ((Fraud))),
    fraudulent acts and/or omissions, sabotage, unlawful
    arrest, unlawful imprisonment, unlawful detention procured
    through fraud, responsible for investigations,
    chorographed responses within York County Pennsylvania,
    overseer and director as a public servant/Homicide detective,
    responsible for enforcing it's policy/protocol/procedure
    and/or Laws of the Commonwealth.

8.

## PREVIOUS LAWSUITS FILED BY PLAINTIFF

There are no previous Lawsuits dealing with the same facts
involved in this action or related to Plaintiffs imprisonment.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

The events giving rise to this action stem from the unlawful
arrest and imprisonment procured through fraud. The Plaintiff
has subsequently appealed and allowed the Superior and/or
Supreme Court of Pennyslvania to review the merit. Under 28
U.S.C. 1391(b)(2) and matters in controversy 42 U.S.C. 1983
the proper venue lies within jurisdiction.

## FACTS OF COMPLAINT

17. On or about June 6, 2006, the Plaintiff was arrested by
    the York County Detectives and charge with Homicide—2502.

18. Detective(s) Troy Cromer and George Ripley was assigned
    to the Plaintiff's criminal action.

19. False charges were filed against the plaintiff via procured
    through fraud, to where it was alleged that the plaintiff
    had killed the decedent Christopher Butler.

20. Multiple witnesses came to the aid of the prosecution, thus
    rendering false testimony and avering false evidence.

21. Unbehest to the Plaintiff, the Commonwealth later amended
    the Homicide charge to fit an accomplice theory, because
    a verdict could not be reached for being the actual shooter

and/or causing death to the decedent, Christopher Butler.

22. The last day of the Plaintiff's trial, a Commonwealth witness
    was brought back to testify in the Plaintiff's trial and
    rendered an entire new testimony, than what the Plaintiff
    was arrested and charged with, thus in violation of Crim.R.P.
    Rule 613.

23. Trial Counsel, Richard Robinson, entered his appearance
    after the preliminary hearing and was informed by the
    plaintiff, that, an individual by the name of Joe Santangelo
    rendered false tesimony, thus identifying the plaintiff as
    the shooter, when in fact, he did not see the plaintiff shoot
    anyone.

24. At trial, the testimony changed quickly, and the plaintiff
    was then, identified as the get away driver, thus, in order
    to add a charge of accomplice liability.

25. The Plaintiff ((was not charged with Accomplice Liability)))
    prior to trial and/or within the Bill of Particulars of the
    case. However, was found guilty of the Accomplice Liability
    charge.

26. Despite being structural err, the Plaintiff has remained
    in custody, unlawfully and unconstitutionally.

27. At the time of the Plaintiff's trial, Willian Graff esquire
    was the acting District Attorney for York County Pennsylvania.

28. District Attorney William Graff, fraudulently coerced an
    individual by the name of Shannon Stuart to identify the
    plaintiff ((as the shooter))), thus, in violation of the
    8th and 14th Amendment of the United States Constitution.

10.

29. Once the Commonwealth's star witness left York County
    Pennsylvania and had breached the Commonwealth's agreement,
    District ATtorney—William Graff manufactured another
    Commonwealth witness, i.e. ((Joseph Santangelo))), unknown
    to the plaintiff, whom ultimately changed his testimony and
    rendered an inconsistent statement identifying the Plaintiff
    as the driver.

30. The Prosecution withheld favorable exculpatory impeachment
    evidence of the case.

31. As an officer of the court, William Graff has breached the
    confidence and trust as a public servant, violated protocol/
    policy/procedures and/or Laws of the Commonwealth of
    Pennsylvania.

32. Had it not been for the sabotage, unethical, impermissible
    nefarious acts and/or omissions, thus causing the unlawful
    detention/imprisonment and/or conviction of the plaintiff,
    It would have been discovered, far in advance, that another
    individual was responsible for the death of Mr. Christopher
    Butler.

33. It is unbehest to the plaintiff, if any, contracts and/or
    agreements were drafted by the District Attorney's Office
    and Joseph Santangelo, and if so, the plaintiff respectfully
    request, that this Honorable Court to order the York County
    District Attorney's Office to furnish a certified copy to
    the plaintiff as a part of the judgment requested.

11.

34. The conviction of the plaintiff was procured through fraud.

35. William Graff esquire, exercised a deliberate indifference to where he knew, or should have known that the witnesses avered by the Commonwealth and or manufactured, were or have testified falsely. Thus, in violation of the 8th and 14th Amendment of the United States Constitution.

36. Trial counsel, Richard Robinson esquire, exercised a deliberate indifference, to where he knew, or should have known, that the Commonwealth witnesses testifying against his client, the plaintiff, Franklin Jackson, were testifying falsely. To where he was informed by the plaintiff of the prior inconsistent statements made by the Commonwealth witnesses and instead, implemented divergent interest, breaching the duty of loyalty, thus, in violation of the 6th, 8th and 14th AMendment of the United States Constitution.

37. The Plaintiff also avers, that the Commonwealth has fraudulently altered/tampered with evidence of the case, albeit not limited to the stenographer notes of testimony.

38. The Detective(s) of the criminal matter, Detective Cromer and/or Detective Ripley, were a part of corruption probe within York County Pennsylvania and had direct involvement with the plaintiff's unlawful arrest/detention/imprisonment and/or conviction. The Officer(s) demonstrate a disdain for the very public they have sworn to protect and illustrates an inability to properly perform their duties.

39. There is exculpatory evidence that may only be known by

the police and not the prosecutor. The plaintiff respectfully request for this Honorable court to order such exculpatory evidence of the case to the plaintiff as a part of the judgment requested herein. Thus, the Detectives of York County Police Department have violated the plaintiff's 8th, and 14th Amendment of the United States Constitution.

40. Each of the Detectives, Cromer and Ripley, have sabotaged the plaintiff's criminal matter, exercising a deliberate indifference, to where they knew, or should have known, that their invalid/unlawful and/or unethical acts and/or omissions, were against Department policy/protocol/procedure and/or Laws of the Commonwealth.

41. Peter Vaughn esquire, represented the plaintiff on his first post conviction relief act petition. Despite knowing nothing about the plaintiff's criminal matter, he chose to (take the lead))) of the case and ignored all of the plaintiff's request, thus in violation of the 6th Amendment of the United States Constitution.

42. The Plaintiff had informed Peter Vaughn esquire, that he, the plaintiff, was charged with the shooting, however, found guilty ((beyond a reasonable doubt))) as the get away driver.

43. The Plaintiff avered, that his 6th Amendment right to a jury trial had been violated.

44. Instead of Peter Vaughn esquire displaying a duty of loyalty to the plaintiff, he chose divergent interest and exercised a deliberate indifference, to where he knew, or should have

13.

known, that his chosen strategy and conduct, was against the facts and/or request of the plaintiff. Without ever consulting with the plaintiff, he did not litigate the plaintiff's claims and violated the plaintiff's 6th Amendment right to effective Assistance of Counsel. Furthermore, violating and infringing upon the plaintiff's 8th and 14th Amendment Constitutional Rights. Peter Vaughn Esquire has also violated the Code of Ethics/Professional Conduct for Lawyers, protocol/procedure/ rules and regulations and or Laws of the Commonwealth of Pennsylvania.

45. Chritopher Moore esquire, exercised a deliberate indifference on the plaintiff's 2nd post conviction Relief act petition, to where he knew, or should have known, the plaintiff's request, to raise and litigate the plaintiff's claims for review. Instead of displaying a duty of loyalty to the plaintiff, he chose divergent interest against the facts and/or request of the plaintiff. He did not consult with the plaintiff about any criteria thereof, and when the plaintiff recognized the deceit, the plaintiff was forced to represent himself. Christopher Moore esquire violated the plaintiff's 6th, 8th and 14th Amendment Constitutional Rights, Furthermore, violated the Code of Ethics/Professional Conduct for Lawyers, protocol/procedure/rules and regulations and/or Laws of the Commonwealth of Pennsylvania.

14.